RECEIVED

JAN **2 8** 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:20-CR-004 |
| v. ) | |
| ) | **INDICTMENT** |
| JEROMY HEATH CLARK, and ) | |
| MINDY MICHELLE WATTS, ) | T. 21, U.S.C. §§ 841(a)(1), (b)(1)(A) |
| ) | T. 21, U.S.C. § 846 |
| Defendants. ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

From an unknown date, but beginning at least as early as October 2019 and continuing up to and including November of 2019, in the Southern District of Iowa and elsewhere, defendants, JEROMY HEATH CLARK, and MINDY MICHELLE WATTS, did knowingly and intentionally conspire with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Michael B. Duffy
Assistant United States Attorney

1