## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger
Criminal No. 1:20-cr-00004-RGE-HCA-2     :     Clerk's Court Minutes – Plea

___

| | |
|---|---|
| United States of America | Gov. Atty(s): Michael Duffy |
| vs. | Def. Atty(s): Stuart Dornan |
| | Court Reporter: Chelsey Wheeler |
| MINDY MICHELLE WATTS | Interpreter: N/A |

___

Date: October 9, 2020 : Indictment   ✔ Superseding Indictment    Information
Time Start: 11:01 a.m.       : In  1  Count(s) – Code Violation:
Time End: 11:31 p.m.         : 21:841(a)(1), 841(b)(1)(A), 846 - Conspiracy to Distribute a Controlled Substance (Methamphetamine) (1sss)

- ✔ Defendant sworn
- ✔ Defendant advised of potential perjury charges
  - Plea Agreement filed
    - Defendant understands
    - Defendant agrees
- ✔ Defendant advised of nature of charges
- ✔ Defendant advised of elements
- ✔ Defendant satisfied with attorney
- ✔ Defendant advised of penalties
  - ✔ Maximum fine/incarceration
  - ✔ Mandatory minimum fine/incarceration
  - Forfeiture/restitution
  - ✔ Supervised release
    - ✔ Maximum
    - ✔ Mandatory minimum
  - ✔ Mandatory Special Assessment
- ✔ No promises made regarding sentence
- ✔ Defendant advised of sentencing guidelines
- ✔ Defendant waives rights to jury trial
- ✔ Defendant advised of right to persist in not guilty plea

Defendant plea of guilty to Count(s): 1sss
Court findings:
- ✔ Factual basis
- ✔ Voluntariness
- ✔ Competency to plea
- ✔ Court accepts plea
- Court rejects plea

Offense Conduct Statement due:
PSR to be disclosed to counsel:
Objections to PSR due:
Applicability of advisory guideline to the Court due: 10 days before sentencing
Sentencing date: February 16, 2021 at 2:00 p.m.
Custody status:
- ✔ Detention
- Bond

___

Minutes:

Defendant appeared with counsel. Initial appearance and arraignment of Defendant on count 1 of the Third Superseding Indictment. Defendant is sworn and pleads guilty to count 1 of the Third Superseding Indictment. Court orders presentence investigation report. There is no plea agreement to be filed. Court accepts plea. Defendant is ordered to remain in detention.

/s/ Shai D. Gonzales
Deputy Clerk