TRULINCS  19508030 - WATTS, MINDY MICHELLE - Unit: WAS-D-A

----------------------------------------------------------------------------------------------------

FROM: 19508030
TO:
SUBJECT: Motion to Court Novembr 1st
DATE: 11/02/2023 06:21:26 PM

RECEIVED

NOV 2 0 2023

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

November 1, 2023

Honorable Goodgame
United States Courthouse
2146 27th Avenue
Council Bluffs, Iowa  51501

I am currently serving a 300 month sentence at FCI Waseca for Conspiracy to Distribute 50 grams of pure Meth and 500 grams or more of mixture.  I have currently served more than 45 months of my sentence with zero sanctions and clear conduct on my incarceration record.

On November 1, 2023, the United States Sentencing Commission enforced legislation for sentence relief for low criminal history point offenders.  I qualify for such sentence reduction under the guidelines set forth, 18 U.S.C. 3582, amendment 821, 4C1.1.  I may also be eligible to receive another type of incarceration under 28 U.S.C. 994(j).  I hereby respectfully request this Honorable Court to provide sentence relief in my case.

I am currently participating in all available First Step Act Classes under the provision of 18 U.S.C. 3632 and I am on the waiting list for Basic Finance, Foundation, Understanding Your Feelings, Women in the 21st Century, Resolve, Threshold, House of Healing, Anger Management, Brain Health, Criminal Thinking, Embracing Interfaith, Money Smart, Inside and Out and Women's Career Exploration.  I am currently enrolled Academic Success and Women's Relationships I & II which I will finish early 2024.  I have successfully completed FSA classes:  A Healthier Me, Drug Education and the Michael Santos Success After Prison Charter Course.

I have also completed several Adult Continuing Education classes to further reduce my chance of recidivism.  These classes include: Unicor Double Needle, Serger, Single Needle, Pack and Trim, Resume and Cover Letter.  In addition to these classes at Unicor, I have completed the Certified Quality Assurance Inspector program which was 16 weeks, including a 4 hour test.  Other ACE classes I have successfully completed include: Insurance Basic, Dreamscapes, Recreation Design, Cell Biology, Earth/Space Science, Physical Science, Life Science, Geography, US History, Self Empowerment, Economic, Basic Math, Real Estate, Nutrition, US Maps, Civil War Film and Life After People.

I attend church weekly, bible study and am currently enrolled in Global University (bible college).  For the past 2 1/2 years, I have been employed by Unicor as a Material Handler.  My managerial responsibilities include managing the factory line, paperwork, staff, training, production, order fulfillment and sewing. I am on the waiting list for a 2 year Material Handler Apprenticeship.  I am well respected and depended on by staff and inmates at Unicor.

As promised on the day of my sentencing with you, Judge Goodgame and my family that I would make excellent use of my time while incarcerated.  I have kept my word and been active with programming to better myself for my future and especially my family.  At this current time, my immediate release plan includes returning to my community in Council Bluffs, Iowa; be with my family and pursue furthering my education in Social Work.  I will be a contributing member of society and begin by having gainful employment with Applebee's.

Your decision to reduce my sentence under these new guidelines will allow me return to my community, actively participate in families lives and strive to be a productive member of society again.

Thank you for your consideration.

Respectfully,

Mindy Watts



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WATTS, MINDY MICHELLE  19508-030

SEQUENCE : 02238107
Team Date: 08-09-2023

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 03-16-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 10-25-2021 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:    COMPLT    FINANC RESP-COMPLETED    Start: 11-04-2021**

| Inmate Decision:    **AGREED        50%** | Frequency: **MONTHLY** |
|---|---|
| Payments past 6 months:        **$0.00** | Obligation Balance: **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months:    $2,738.53        Payments commensurate ?    N/A

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 02-28-2023 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-09-2023 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 08-09-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-09-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-15-2021 |
| N-EDUC N | NEED - EDUCATION NO | 08-09-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-09-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-09-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-09-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 08-09-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-09-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-09-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-09-2023 |
| N-WORK N | NEED - WORK NO | 08-09-2023 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 08-09-2023 |

### Progress since last review

Since last team, Watts completed the following ACE classes: UNICOR Double Needle, Insurance Basics, Dreamscapes, Rec Design, Cell Biology, UNICOR Resume/Cover Letter, Earth Space Science, Physical Science, Life is Science, Geography, History 1, and Self-Empowerment. She is currently participating in Success After Prison and Women's Relationships II. She is currently on the waiting list for Threshold, House of Healing, Anger Management, Brain Health As Your Age, Criminal Thinking, Embracing Interfaith Cooperation, Money Smart, Wellness Inside Out, Women's Career, Aging Well, Basic Finance, Foundation, A Healthier Me, Understanding Your Feelings, Women in the Workplace and the Resolve Workshop.

### Next Program Review Goals

Recommend Watts completes Anger Management and Success After Prison.

### Long Term Goals

LTG:  Recommend Watts completes Women's Relationships II by August 2024.

### RRC/HC Placement

### Comments

Watts is approximately 229 miles away from her releasing address and support system to her adult daughter in Council Bluffs, Iowa. She is nearest facility to her releasing needs. Her children reside in Iowa and Nebraska.

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: WATTS, MINDY      REGISTER NUMBER: 19508030      UNIT: D

WORK ASSIGNMENT DOT CODE:929687030

EVALUATION BEGIN DATE: 04/01/23            EVALUATION END DATE: 09/30/23

RATING SCALE: 1=MUCH WORSE THAN AVERAGE    2=WORSE THAN AVERAGE      3=AVERAGE

4= BETTER THAN AVERAGE      5= MUCH BETTER THAN AVERAGE

COMMENTS: _Great job!_
_Keep up the great work_
_Thank you!_

| SAFETY | QUALITY ASSURANCE | PERSONAL CONDUCT/HYGIENE | PUNCTUALITY/ PRODUCTIVITY | COMPLIANCE WITH WORK STANDARDS |
|---|---|---|---|---|
| 4 | 5 | 4 | 5 | 4 |

TOTAL: 22

INMATE INITIALS: _MW_

STAFF INITIALS: _L_

WORK ASSIGNMENT DOT CODE:

EVALUATION BEGIN DATE:                    EVALUATION END DATE:

RATING SCALE: 1=MUCH WORSE THAN AVERAGE    2=WORSE THAN AVERAGE      3=AVERAGE

4= BETTER THAN AVERAGE      5= MUCH BETTER THAN AVERAGE

COMMENTS:_____

_____

_____

| SAFETY | QUALITY ASSURANCE | PERSONAL CONDUCT/HYGIENE | PUNCTUALITY/ PRODUCTIVITY | COMPLIANCE WITH WORK STANDARDS |
|---|---|---|---|---|
| | | | | |

TOTAL:

INMATE INITIALS:_____

STAFF INITIALS:_____

ORIGINAL – Stays with UNICOR
Copies- One copy to Case Manager after each Evaluation Period

Form f7100-3 Rev A





# ≈Certificate of Achievement≈

This certifies that

## Mindy Watts

Has satisfactorily completed

REAL ESTATE 1 (ACE)

Consisting of __12__ Hours of Adult Continuing Education

This certificate is hereby issued the __6th__ day of __October__, 2022

_M. Mann_

M. Mann, Education Specialist

Vacant, Supervisor of Education

Case 1:20-cr-00004-RGE-HCA   Document 203   Filed 11/20/23   Page 5 of 15

Case 1:20-cr-00004-RGE-HCA   Document 203   Filed 11/20/23   Page 6 of 15

# ∼ Certificate of Achievement ∼

### This certifies that

MINDY WATTS

### has satisfactorily completed

HEALTHIER ME

### Consisting of __10__ Hours of Training

### This certificate is hereby issued this __12__ day of __SEPT__ , 20 __22__

_MS. HAMPE_



# Certificate

# Of

# Completion

This award certifies that

## Mindy Watts

Has successfully completed

## INTRO TO TEXTILES PACK & TRIM

10/28/22
Date

Signature

Factory Manager
Title

# ≈ Certificate of Achievement ≈

### This certifies that

MINDY WATTS

### has satisfactorily completed

NUTRITION

### Consisting of 4 Hours of Training

### This certificate is hereby issued this 23 day of JULY , 20 22

MS. HAMPE







A.C.E.

# Certificate

# Of

# Completion

**This award certifies that**

## Mindy Watts

**has successfully completed**

## INTRO TO TEXTILES SINGLE NEEDLE

5/5/2022

**Date**

**Signature**

**Factory Manager**

**Title**



# Certificate

# Of

# Completion



This award certifies that

## Mindy Watts

has successfully completed

## RESUME AND COVER LETTER WRITING

3/21/23
Date

Signature

Factory manager
Title



Certificate of Appreciation

Awarded to:

*Mindy Watts*

FOR

Excellent Years of Service

J. Stanek, Factory Manager

June 2023

UNICOR FPI

# Certificate

# Of

# Completion

A.C.E.

This award certifies that

## Mindy Watts

has successfully completed

## INTRO TO TEXTILES DOUBLE NEEDLE

7/24/23

Date

Signature

Factory Manager

Title

Name Mindy Watts
Reg# 19508-030    Unit D
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

X-RAYED & CLEARED BY U.S.M.S. 11/16/23 cw

RECEIVED

NOV 2 0 2023

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

⇔19508-030⇔
Clerk Of Court
2146 27TH AVE
Council BLFS, IA 51501
United States